UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHAEL WALES,

               Plaintiff,

     -v-

CITY OF NEW YORK, et al.,

              Defendants.

------------------------------------------------------------x

06 Civ. 13684 (GEL) (MHD)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

GERARD E. LYNCH, District Judge:

     The Court has carefully reviewed the thorough and well-reasoned Report and Recommendation ("R&R") of United States Magistrate Judge Michael H. Dolinger, dated February 25, 2008, and has received no objections from any party.

     Accordingly, it is hereby ORDERED that the R&R is adopted as the opinion of the Court and the defendants' motion to dismiss the complaint is denied.

SO ORDERED.

Dated: New York, New York
       March 17, 2008

                                                      _____
                                                       GERARD E. LYNCH
                                                United States District Judge